UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PATRICIA SEARY,<br><br>            Defendant. | CASE NO.: 20-CR-10111-WQH<br><br>**AMENDED ORDER GRANTING MOTION FOR LEAVE TO TRAVEL TO MEXICO** |

**IT IS HEREBY ORDERED** that Patricia Seary's Motion for Leave of Court to Travel to Mexico is GRANTED. The conditions of release are hereby modified to allow Ms. Seary to travel to Mexico on May 20, and set to return on Tuesday, May 24, 2022. Ms. Seary is to comply with all instructions from her U.S. Probation Officer regarding this travel.

All other conditions remain the same.

**SO ORDERED**.

Dated: May 4, 2022

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court